## A03A0935. BENEFIELD v. THE STATE.
(613 SE2d 131)

MIKELL, Judge.

The Supreme Court granted certiorari in this case, and in *Benefield v. State*, 278 Ga. 464 (602 SE2d 631) (2004), reversed the judgment of this Court. Therefore, we vacate our earlier opinion[1] and adopt the judgment of the Supreme Court as our own.

*Judgment reversed. Johnson, P. J., and Bernes, J., concur.*

DECIDED MARCH 15, 2005.

*Bret E. Rudeseal, Barry V. Smith,* for appellant.
*Bryant G. Speed II, District Attorney, Charles S. Cox, Assistant District Attorney,* for appellee.

---

[1] *Benefield v. State*, 264 Ga. App. 511 (591 SE2d 404) (2003).